UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

          Plaintiff

-vs-

ROBERT CASANZIO,

          Defendant

DECISION and ORDER

19-MJ-4005

_____

      This case was referred by Magistrate Judge Marian Payson on June 21, 2019, to the undersigned pursuant to pursuant to 28 U.S.C. § 636(b)(1)(A)-(B).  On June 21, 2019, Magistrate Judge Payson filed a Report and Recommendation ("R&R") [Docket #14] recommending that the Court determine Defendant competent to stand trial.  The time has passed for Defendant to file any objections to the R&R, and none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, the Court finds Defendant competent to stand trial.

      IT IS SO ORDERED.

Dated:  Rochester, New York
        September 30, 2019

            ENTER:

                        /s/ Charles J. Siragusa
                        CHARLES J.  SIRAGUSA
                        United States District Judge